KAREN VAN DIJK, Bar No. 205460
Karen.VanDijk@bbklaw.com
JENNIFER C. BROWN, Bar No. 230181
Jennifer.Brown@bbklaw.com
BEST BEST & KRIEGER LLP
5 Park Plaza
Suite 1500
Irvine, CA 92614
Telephone: (949) 263-2600
Facsimile: (949) 260-0972

Attorneys for Defendant/Cross-Claimant
ORANGE COUNTY DEPARTMENT OF EDUCATION

JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

B.P., A MINOR BY AND THROUGH HER FORMER COURT APPOINTED RESPONSIBLE ADULT, SL.,

Plaintiff,

v.

ORANGE COUNTY DEPARTMENT OF EDUCATION, CALIFORNIA OFFICE OF ADMINISTRATIVE HEARINGS, CALIFORNIA DEPARTMENT OF EDUCATION, and DOES 1 THROUGH 10,

Defendants.

Case No. SACV09-00971 JVS (MLGx)
The Honorable James V. Selna,
United States District Judge

**JUDGMENT**

Date: May 3, 2010
Time: 3:00 p.m.

1  This action was heard by the Court on May 3, 2010, on the following
2  Motions:

3  - Plaintiff B.P., *et al.'s* Motion for Summary Judgment;
4  - Defendant/Cross-Claimant Orange County Department of Education's
5    ("OCDE") Motion for Summary Judgment; and
6  - Defendant California Department of Education's ("CDE") Motion for
7    Summary Judgment.

8  All parties appeared through counsel, as reflected by the record. The Court
9  issued an order on May 3, 2010, GRANTING OCDE's Motion, GRANTING B.P.'s
10 Motion, in part, and DENYING CDE'S Motion.

12 In accordance with the Court's May 3, 2010 Order, the Court hereby ENTERS
13 JUDGMENT as follows:

15 1) Judgment is entered in favor of OCDE, in favor of B.P. as against
16 CDE only, and against CDE;

17 2) The Decision rendered by the administrative law judge following the
18 May 22, 2009 hearing of the Office of Administrative Hearings ("OAH") in
19 Consolidated Case Nos. 200812021 and 2009020130 is hereby reversed, in part,
20 with respect to its finding that CDE was not responsible for implementing and
21 funding B.P.'s education following her release from the Orange County Juvenile
22 Hall on July 28, 2006 through the present;

23 3) CDE is the entity entirely responsible for implementing and funding
24 B.P.'s educational program, consistent with her individual education program and
25 all that it encompasses, for the period of July 28, 2006 through her twenty-second
26 birthday, including B.P.'s out-of-state placement at the residential treatment
27 facilities at Copper Hills (Utah) and Devereux (Texas), as well as any other
28 subsequent placement made by B.P.'s IEP team;

4)  As of July 28, 2006, OCDE did not have, and OCDE does not now have, any obligation to implement or fund any portion of B.P.'s educational program, including her out-of-state placements at the residential treatment facilities at Copper Hills and Devereaux;

5)  CDE is ordered to reimburse OCDE in the amount of $87,424.79 for the educational costs that OCDE has expended for B.P.'s educational program from July 28, 2006 through the present;

6)  OCDE is the prevailing party for purposes of the underlying administrative action and the instant appeal thereof;

7)  B.P. is the prevailing party as against CDE only for purposes of the underlying administrative action and the instant appeal thereof;

8)  OCDE and B.P. shall recover their reasonable costs of suit herein as against CDE;

9)  This Court retains jurisdiction over the parties to the extent necessary to allow OCDE to obtain reimbursement from CDE, as described herein; and

10)  This Court retains jurisdiction over the parties to the extent necessary to allow B.P. to obtain prevailing party attorney's fees from CDE pursuant to the Individuals with Disabilities Education Act for purposes of the underlying administrative action and the instant appeal hereof.

Dated: July 08, 2010

By: _____
HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

ORANGE\KVANDIJK\68202.1  - 2 -  PROPOSED JUDGMENT
SACV09-00971 JVS (MLGx)